IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH CARBISIERO,<br><br>    *Plaintiff*,<br><br>v.<br><br>SOUTHWEST HOTEL MANAGEMENT,<br><br>    *Defendant*. | Civil Action No. 2:20-cv-1201<br><br>Hon. William S. Stickman IV<br>Hon. Patricia L. Dodge |

### **ORDER OF COURT**

AND NOW, this 11th day of May 2021, after Plaintiff Joseph Carbisiero filed an action in the above-captioned case, and after a Report and Recommendation was filed by United States Magistrate Judge Patricia L. Dodge granting the parties until May 4, 2021, to file written objections thereto, and no objections having been filed, and upon independent review of the record and consideration of the Magistrate Judge's Report and Recommendation (ECF No. 11), which is hereby ADOPTED as the opinion of this Court, including her findings of fact and conclusions of law on liability and damages,

IT IS HEREBY ORDERED that Plaintiff's Motion for Default Judgment (ECF No. 8) is GRANTED as follows:

  1. The Court hereby enters JUDGMENT in favor of Plaintiff Joseph Carbisiero on liability;

  2. The Court hereby enters JUDGMENT against Defendant Southwest Hotel Management in favor of Plaintiff Joseph Carbisiero on damages in the amount of $47,774.00, which is inclusive of back pay from August 24,

1

2

2018 through December 31, 2020 ($35,382.00), attorney's fees ($11,400.00), and litigation expenses ($992.00).

There being no additional claims pending before the Court, the Clerk of Court is directed to mark this case "CLOSED."

BY THE COURT:

s/   William S. Stickman IV
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE